

**FILED**
**2/9/2011**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

FEB 04 2011 *rcw*
FEB 04 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ronnie Kolhiem
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Steven McDonald,
Michael Crawford
_____

**11 CV 797**

JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

✓ Clerk's Copy

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Ronnie Kelheim

   B. List all aliases: N/A

   C. Prisoner identification number: N94902

   D. Place of present confinement: Dixon Correctional Center

   E. Address: 2600 N. Brinton Ave, Dixon, IL 61021

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Steven McDonald

   Title: Police Officer

   Place of Employment: Chicago Police Dept, City of Chicago

   B. Defendant: Michael Crawford

   Title: Police Officer

   Place of Employment: Chicago Police Dept, City of Chicago

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: N/A

  B. Approximate date of filing lawsuit: N/A

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

  D. List all defendants: N/A

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

  F. Name of judge to whom case was assigned: N/A

  G. Basic claim made: N/A

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

  I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) On 7.16.10, I was arrested by the Chicago Police Dept. "CPD", for the charge of

2.) While I "Plaintiff" was in the CPD custody, Defendant's Steven McDonald & Michael Crawford began to ask me questions. "Def. McDonald & Def. Crawford"

3.) Plaintiff, did not answer Def. McDonald or Def. Crawford's questions.

4.) Plaintiff, asked both Def.'s McDonald & Crawford for a lawyer to be present for their questions.

5.) Def.'s McDonald & Crawford in agreement both said no.

6.) Def.'s McDonald & Crawford responded further & said you "Plaintiff" won't help us, why should we help you.

7.) Plaintiff, asked for a watch commander to both Def.'s, due to him being denied his constitutional rights.

8.) Plaintiff, was hand-cuffed to a steel bench.

9.) Def. Crawford, asked me another question.

10.) Plaintiff, turned to face officer Def. Crawford, Def McDonald struck Plaintiff in his face, on the upper right-side above Plaintiff's eye.

11.) Def.'s laughed as Def. Crawford said to Def. McDonald, you like the way I set him "Plaintiff" up, for you to hit him; Def. McDonald said yeah good one.

12.) When Plaintiff was struck in the face, he fell to the floor & both Def.'s began to viciously attack Plaintiff, by hitting & kicking Plaintiff in his back, hip & leg.

13.) Def.'s took Plaintiff to the Cook County Jail, the next day 7.17.10.

14.) Plaintiff, told Cook County officers he was in extreme pain, that he could not walk & that he needed to see a doctor.

15.) The Cook County officers informed the Chicago Police Officers who transported Plaintiff from CPD to the Cook County Jail "CCJ" about his pain & that CPD must take him "Plaintiff" back to CPD, because he complained of being injured & CPD transported Plaintiff back to CPD on 18th & State St.

16.) Plaintiff, was kept in CPD over night.

4

→ 17.) On 7.18.10, CPD transported Plaintiff to Mercy Hospital.

→ 18.) While Plaintiff was in Mercy Hospital, x-rays of his back, hip & leg were taken.

→ 19.) Plaintiff, was given pain medication & shot with a needle.

→ 20.) Plaintiff, was kept over night in CPD at 18th & State St.

→ 21.) On 7.19.10, Plaintiff was taken back to CCJ & Plaintiff informed CCJ staff that he was still in pain & CCJ staff transported Plaintiff to Cermak Hospital, at Cermak Hospital, a doctor gave Plaintiff 800 mg of Ibuprofen & muscle relaxers, also Plaintiff was given a prescription to take pain medication twice a day. Plaintiff was given an X-ray at Cermak Hospital & a catscan. Even up to date, in IDOC, Plaintiff remains in & suffers pain from the attack of Def. McDonald & Crawford against Plaintiff

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monetary damages for my injuries & permanent injuries. Order the U.S. District Attorney's office to proseate Defi's McDonald & Crawford for acting & conducting themselves like gang-bangers & terrorist.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 14th day of December, 20 10

Ronnie Kolheim
(Signature of plaintiff or plaintiffs)

Ronnie Kolheim
(Print name)

N94902
(I.D. Number)

Dixon Correctional Center

2600 N. Brinton Ave

Dixon, IL 61021
(Address)

6

Revised 9/2007

IN THE

U.S. District Court- Northern District of Illinois- Eastern Division

Ronnie Kolheim
Plaintiff/Petitioner

Vs.   No. 10 C _____

Steven McDonald, et al,
Defendant/Respondent

## PROOF/CERTIFICATE OF SERVICE

TO: U.S.Dist.Ct. Nrthn. Dst. of IL-East.Div
C/O: Honorable Judge
Attn: Clerk- Prisoner Correspondence
219 S. Dearborn St
Chicago, IL 60604

TO: City of Chicago
Attn: Attorney for Defendants
300 N. LaSalle St- Suite 900
Chicago, IL 60601

PLEASE TAKE NOTICE that on December 14th, 20 10, I placed the attached or enclosed documents in the institutional mail, listed below, at Dixon Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Complaint; * Prisoner Correspondence Form; * Informa Pauperis Application; * Motion for Appointment of Counsel; * Trust Fund balance sheet; * Copy of Letter sent to Lawyers; * Affidavit
* Non-responsive documents - not sent to Defendants

DATED: 12.4.10

/s/ Ronnie Kolheim
Name: Mr. Ronnie Kolheim
IDOC#: N94902
Address: 2600 N Brinton Ave
Dixon, IL 61021

† = self notarized, due to me not being able to afford copies. Dixon C.C. law library will make copies free of charge, but will deduct charges for copies at a time when funds are available in trust fund account. Which causes a finacial harship for Plaintiff.

Subscribed and sworn to before me this 14th day of December, 20 10.

† self -Notary Public