

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**FILED**
AUG 1 6 2011
Aug 16, 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RONNIE KOLHEIM

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.    Case No: 11 CV 797
(To be supplied by the Clerk of this Court)

THEOPHILO D. KERKERES, #17958
(Arresting/Tactical officer),

MARK MEJIA, #17192
(Arresting/Tactical officer),

JENNIFER CZARNECKI, #15611
(Arresting/Tactical officer)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**           **AMENDED COMPLAINT**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

  A. Name: RONNIE KOLHEIM

  B. List all aliases: N/A

  C. Prisoner identification number: N-94902

  D. Place of present confinement: DIXON CORRECTIONAL CENTER

  E. Address: 2600 N. Brinton Ave, Dixon, IL 61021

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
  (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

  A. Defendant: THEOPHILO O. KERKERES
    Title: Police Officer - Star No. 17958
    Place of Employment: Chicago Police Department, City of Chicago

  B. Defendant: MARK MEJIA
    Title: Police Officer - Star No. 17998
    Place of Employment: Chicago Police Department, City of Chicago

  C. Defendant: JENNIFER CZARNECKI
    Title: Police Officer - Star No. 15611
    Place of Employment: Chicago Police Department, City of Chicago

  (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _D/N/A_

    B. Approximate date of filing lawsuit: _D/N/A_

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _D/N/A_

    D. List all defendants: _D/N/A_

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _D/N/A_

    F. Name of judge to whom case was assigned: _D/N/A_

    G. Basic claim made: _D/N/A_

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _D/N/A_

    I. Approximate date of disposition: _D/N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 19, 2010, I was arrested by three Chicago Police Officers, first arresting officer THEOPHILO D. KERKERES - STAR # 17958, Second arresting Officer MARK MEJIA - STAR # 17992, and also Second arresting officer JENNIFER CZARNECKI - STAR # 15611, regarding a THEFT/PURSE-SNATCHING. The aboved mention officer's took me into custody at the Chicago Police Station where Officer KERKERES, and Officer MEJIA handcuffed me very tightly to a steel bench in a room where both officers began to interrogate me and ask me questions. Officer CZARNECKI stood at the door watching me and Officer Kerkeres and Mejia ask me questions. I was not mirandized by either of the officers, However, I requested to Officer Kerkeres and Officer Mejia for a lawyer to be provided to me and to be present with me, if they were going to continue questioning and interrogating me. Officer Kerkeres and Officer Mejia both in agreement told me NO! Together Officer Kerkeres and Officer Mejia told me in agreement that..."Since you won't help us, why should we help you." Officer Kerkeres then told me, that I was gonna need a lawyer Since the victim who purse I snatched is a lawyer.

4                                                                        Revised 9/2007

Officer Kerkeres and Officer Mejia ignored my request for a lawyer and both officers again questioned me about the purse snatching, and Officer Kerkeres told me that I won't be getting a lawyer today; as he looked and smiled towards Officer Mejia and Officer CZARNECKI who was standing at the door entrance.

Officer Mejia walked over to me an hit me very hard with a close fist in my face, my upper right side, and again in my face above my eye. Officer Kerkeres then laughed as he turned towards Officer Mejia and Officer Kerkeres stated... "You like the way I set him (plaintiff) up for you to hit him." Officer Mejia responded "Yea, good one."

Again Officer Kerkeres began to question me concerning the purse snatching and again I repeatedly asked for a lawyer as I told both officers that I had nothing to said. Officer Kerkeres and Officer Mejia then together began to beat me hitting me again in my face, top of my head, in my body, as I felled to the floor, and as my wrist was tightly handcuffed to the steel bench. While I was trying to cover up on the floor both officers continue hitting me and kicking me in my back, hip and legs. Officer Kerkeres grabbed what looked to me to be a telephone book and used it to hit me in my head, and my body as Officer Mejia also hit and kicked me in my body.

Revised 9/2007

During Officer Kerkeres and Officer Mejia beating me, while I was handcuffed to a steel bench, Officer CZARNECKI stood in the doorway watching the whole incident and looking out for the two Officers.

After my beating Officer Kerkeres and Officer Mejia asked me, if I now wanted to sign a statement, and I asked both Officers for medical attention, and I told them both; including Officer CZARNECKI that I needed to go to the hospital. Officer Mejia told me "first sign a statement and we will then get you to a hospital." I told the Officers NO, and Officer Mejia walked over to me, laying on the floor and kicked me in my hip and back as he told me to have the doctor look at that! Officer Czarnecki then told both officers... "He aint gonna sign no statement."

I was moved to another room and then lock up in a one person cell where I pleaded for medical attention, However, every officer ignored me as I laid on the jail floor in pain and suffering from the beating that had received from the officers.

Sometime the next day July 20, 2010, I was transported from the Chicago police lockup to the Cook County Jail when I had to be carried because I could not walk, due to the beaten I received by Officer Kerkeres and Officer Mejia, and as I was in extreme pain and suffering for about a day without medical treatment.

6

On July 20, 2010, the Chicago Police transported me from the police lock-up to the Cook County jail. However, due to my inability to walk on my own and having to be carried by the Chicago police transporting officers, and my complaints of the need of medical attention, the Cook County jail refuse to accept me into their custody. The Cook County jail officers told the Chicago transporting officers to take me back to their department and then to the hospital before the Cook County jail could receive me.

I was then taken back to the Chicago Police Department lock-up where I again laid on the floor in a holding cell without pain medication or medical attention, in pain and suffering from the beating I received. I was kept there in lock up over night until I was transported the next day to Mercy Hospital.

While I was at the Mercy Hospital I received x-rays of my back, hip and legs and I was given pain medication and a shot for my pain and injuries from the beating I received. After I was treated by the doctor at Mercy Hospital I was again transported back to lock-up at the Chicago Police department where I was kept overnight.

On or about July 21, 2010 I was for the Second time transported from lock-up at the Chicago Police Department to the Cook County jail where I was received and processed.

7

Revised 9/2007

After I was processed in the Cook county jail I was still in extreme pain from my beating at the Chicago police lock-up, and the Cook county jail officials admitted me Cermack Hospital. While in the hospital I was examine by a doctor who gave and prescribed me 800 mg of Ibuprofen and muscle relaxers, other pain medication that I had to take twice a day, and I again received several x-rays and a cat-scan. Even up to today, in the IDOC, I continue to suffer from the physical and psychology pain and emotional distress.

Revised 9/2007

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Order Defendants to pay Compensatory, and Punitive damages; Declare that the Defendants acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States; Order defendants to pay reasonable attorney fees and cost; Hold the defendants in violation for violating my civil and Human right by finding them guilty of their criminal actions; Grant other just and equitable relief that this Honorable Court deems necessary and proper.

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __07__ day of __August__, 20 __11__

_Ronnie Kolheim_
(Signature of plaintiff or plaintiffs)

__Ronnie Kolheim__
(Print name)

__N-94902__
(I.D. Number)

__Dixon Correctional Center__

__2600 N. Brinton Ave.__

__Dixon, Illinois 61021__
(Address)

IN THE

# UNITED STATES DISTRICT COURT

RONNIE KOLHEIM )
Plaintiff/Petitioner )
)
Vs. )   No. 1:11-CV-00797
)   Honorable Virginia M. Kendall
THEOPHILO D. KERKERES, et. al. )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: OFFICE OF CLERK OF THE
U.S. DISTRICT COURT - U.S. COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TO: _____

PLEASE TAKE NOTICE that on August 07, 20 11, I placed the attached or enclosed documents in the institutional mail, listed below, at DIXON Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: AMENDED COMPLAINT, SUMMONS, and MOTION FOR APPOINTMENT OF COUNSEL WITH SUPPORTING DOCUMENTS

DATED: 8/7/11

/s/ Ronnie Kolheim
Name: RONNIE KOLHEIM
IDOC#: N-94902
Address: DIXON CORRECTIONAL CENTER
2600 N. BRINTON AVE
DIXON, ILLINOIS 61021

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am the named party in the above action, and that my self-notary is true and correct to the best of my knowledge and belief:

Subscribed and sworn to before me this 07 day of August, 20 11.

Notary Public

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
APR 21 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ronnie Kolheim, (#N-94902)
　　Plaintiff,

vs.                                     Case No. 11C 0797

Officer Steven McDonald, et.al.,
　　Defendants.

## Plaintiff's Renewed Motion for Appointment of Counsel

Plaintiff, Ronnie Kolheim, pro se, and through the complete assistance of a inmate other than the plaintiff (Aaron May #B-50450), respectfully request this Honorable Court to reconsider it previous ruling for the appointment of Counsel, and Grant his renewed motion for appointment of Counsel.

In Support of this motion Plaintiff states as follows:

1. Plaintiff is a indigent inmate with the income of 125% below the poverty level, and cannot afford to retain or pay for Counsel representation in this case.

2. Plaintiff has through the complete assistance of a inmate other than Plaintiff made reasonable efforts to contact, and retain counsel, and was unsuccessful in his efforts as he wrote several attorneys.

3. Plaintiff is not competent to litigate and try this case himself as he suffers from a physical and mental disability that precludes him from adequately litigating; prosecuting; and investigating the facts and discovery giving rise in his complaint.

4. Plaintiff has an 3rd grade education with TABE TEST SCORES of a average of 1.6, 2.3, 2.2, and 3.1. (See attached exhibit A, 10/7/10 Illinois Department of Corrections Program/assignment -- TABE TEST ADD).

5. Plaintiff is a 48 year old man who attends Adult Basic Education schooling (ABE) and lacks the comprehensive ability to read; write; and understand the issues in his case.

6. Plaintiff is a special education student who cannot read or write adequately, and has to depend on prison inmate's to assist him in litigating this case.

(2)

7. Plaintiff also has a long history of mental disability where he spent time in the Jackson Park Mental Health Hospital located in Chicago, Illinois, receiving treatment and medication for Depression; Hearing voices; and for being Bi-polar. (See affidavit)

8. Today Plaintiff suffers from mental illness, emotional distress, Depression, Bi-polar, i.e. anger issues, and is seeking professional treatment from the Mental health department. Also, before Plaintiff incarceration he was receiving SSI assistance.

9. The assistance of Counsel would provide a substantial benefit to the Court and the parties, potentially affecting the outcome of the case.

WHEREFORE for all the above reasons stated Plaintiff respectfully request for this Honorable Court to consider all the facts stated in his Renewed Motion for Appointment of Counsel, and in its discretion appoint counsel to represent him in this cause.

Dated: 4-10-11

Respectfully Submitted,
/s/ Ronnie Kolhelm
Ronnie Kolhelm, #N-94902 pro se
Dixon C.C.

(3)

STATE OF ILLINOIS )
                     ) SS
COUNTY OF LEE )

## AFFIDAVIT

I, Ronnie Kolheim, of the City of Dixon, County of Lee, and the State of Illinois, being sworn upon oath, depose and say:

1. That through the complete assistance of inmate Aaron May, #B-50450, I have provided the facts stated in my "Plaintiff's Renewed Motion for Appointment of Counsel," and they are true in substance and in fact.

2. That I have a physical and mental disability that precludes me from adequately litigating and prosecuting this case, and that stated facts and exhibit A supports my disability, in my request for the appointment of counsel.

Signed before Me this
15th day of April
2011.

/s/ Sally A. Joos
NOTARY PUBLIC

Respectfully Submitted
/s/ Ronnie Kolheim
Ronnie Kolheim, # N-94902
(pro se)

OFFICIAL SEAL
SALLY A. JOOS
Notary Public - State of Illinois
My Commission Expires Jul 12, 2012

```
11:53:19 Thursday, October 07, 2010
OMPPA013            ILLINOIS DEPARTMENT OF CORRECTIONS -- OTS          10/ 7/10
PAGE: 0001             PROGRAM/ASSIGNMENT -- TABE TEST ADD             11:52:33

IDOC#: N94902 KOLHEIM, RONNIE                2 A L   DIX-NW-31-33      01/16/2012

                     L   I   L   C      MAND EDUC/PA 89-0688: N
                     V   N   O   M      ------READING------  -------MATH----------
   ---DATE---  -FORM- -L- -T- -C- -P-  -VOC-- -COMP- -TTL-  -COMP- --PROB-  -TTL-

   10  7  10   NEW   D8   Y   DIX  N   2.5    2.5    2.5    1.2    2.3     2.0
                     MATH APPL/LANG    0.0    BAT    0.0    SPEL   0.0  AVG  2.3

    3  20 09   NEW   D7   Y   HIL  N   1.8    1.8    1.8    4.0    4.7     4.3
                     MATH APPL/LANG    0.0    BAT    0.0    SPEL   0.0  AVG  3.1

   11  1  06   NEW   D8   Y   ROB  N   0.7    0.7    0.7    1.2    4.4     2.4
                     MATH APPL/LANG    0.0    BAT    0.0    SPEL   0.0  AVG  1.6

    6  17 99   EVAL  D7   N   LIN  N   0.7    0.7    0.7    2.7    5.7     3.6
                     MATH APPL/LANG    0.0    BAT    0.0    SPEL   0.0  AVG  2.2
NEXT KEY DATA: IDOC #: N94902
PF13: TRANSCRIPT CHANGE
UPDATE COMPLETE
```

EXHIBIT- A

To: U.S. District Court Pro'se Assistance Program   **RETURNED**   12.14.10
From: Mr. Ronnie Kolheim - N94902                    DEC 27 2010
Re: Request for Legal services

Good day, U.S. District Court Pro'se Assistance Program, — By appointment only and only for non-incarcerated individuals. We've enclosed a proper motion form for you. Plus envelope.

This is Mr. Ronnie Kolheim - N94902, requesting pro bono legal services from your firm, due to: ① Me being indigent, ② Me not being a licensed attorney & ③ Me being viciously attacked by 2 Chicago Police Officers, while I was in hand cuffs on 7.16.10, that I suffer physical, mental & emotional pain from today. I have filed a 42 U.S.C.A § 1983, but I am not a lawyer & I do not understand the law. This letter & all of my other legal documents 'except one' was drafted by my fellow christian brother & prisoner, who is also not a lawyer. Would you kindly inform me, if you will represent me pro bono? (C* I can not afford, to copy & send all documents necessary; I couldn't afford to send all the documents to the Court or write this letter. If you will help me, let me know please.*)

Hopefully you can help,
Ronnie Kolheim
Mr. Ronnie Kolheim - N94902
2600 N. Brinton Ave
Dixon, IL 61021

# LOEVY & LOEVY
## ATTORNEYS AT LAW

Jon Loevy
Michael Kanovitz
Russell Ainsworth
Mark Loevy-Reyes
Gayle Horn
Elizabeth Mazur
Debra Loevy-Reyes

312 N. May Street
Suite 100
Chicago, Illinois 60607

Arthur Loevy
Danielle Loevy
Samantha Liskow
Tara Thompson
Daniel Twetten
Roshna Bala Keen
Elizabeth Wang

Telephone 312.243.5900
Facsimile 312.243.5902

Website: www.loevy.com
Email loevylaw@loevy.com

January 5, 2010

**CONFIDENTIAL LEGAL CORRESPONDENCE**
Ronnie Kolheim
N94902
Dixon Correctional Center
2600 N Brinton Ave
Dixon, IL 61021

Re: Your request for legal representation

Dear Mr. Kolheim:

This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. We encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

Sara Nies

# CGLA Cabrini Green Legal Aid

January 20, 2011

Ronnie Kolheim, Inmate #N94902
Dixon Correctional Center
2600 North Brinton Ave.
Dixon, IL 61021

Dear Ronnie,

Thank you for your letter inquiring as to our ability to assist you with your legal case. Unfortunately we do not provide legal assistance to incarcerated individuals and are unable to assist you.

You may wish to contact The Justice Project at 1025 Vermont Avenue NW, 3rd Floor, Washington D.C. 20005 or the John Howard Association of Illinois at 300 West Adams Street, Ste. 423, Chicago, IL 60606, or (312) 782-1901 for assistance.

Sincerely,

Cabrini Green Legal Aid

740 N. Milwaukee Avenue • Chicago, IL 60642 • T: 312.738.2452 F: 312.850.4783 • www.cgla.net

U.S. District Court
Northern District of Illinois
Eastern Division

Ronnie Kolheim
    Plaintiff

v

Steven McDonald
    Defendant

Case No. 10 C
Judge: Hon.
Magistrate: Hon.
Date Drafted: 12.19.10
Date Sent: 12.19.10

## Plaintiff's Submission of Copy of letter Sent to Attorney's for Legal Representation

Plaintiff, Mr. Ronnie Kolheim, pro'se, submits to this Honorable Court, a copy of the letter sent to attorney's for their legal representation. The letter stated the following in content:

To: Law Firm or Legal Organization ((+ sent to: Lovey & Lovey; Cabrini-Legal Aid; Black Women's Lawyer Assoc.; Chicago Bar Assoc.; U.S. Dist Ct Pro'se Assistance Program+))
From: Mr. Ronnie Kolheim - N94902
Re: Request for legal services

12.19.10

Good day, + Law firm or legal organization,

This is Mr. Ronnie Kolheim - N94902, requesting pro bono legal services from your firm, due to: ① Me being indigent, ② Me not being a licensed attorney & ③ Me being viciously attacked by 2 Chicago Police officers, while I was in hand cuffs on 7.16.10, that I suffer physical, mental & emotional pain from today. I have filed a 42 U.S.C.A § 1983, but I am not a lawyer & I do not understand the law. This letter & all of my other legal documents 'except one' was drafted by my fellow christian brother & prisoner, who is also not a lawyer. Would you kindly inform me, if you will represent me pro bono? ((# I can not afford, to copy & send all documents necessary; I couldn't afford to send all the documents to the Court or write this letter. If you will help me, let me know please. *))

Hopefully you can help,
Ronnie Kolheim
Mr. Ronnie Kolheim - N94902
2600 N. Brinton Ave
Dixon, IL 61021

Respectfully Submitted,
Ronnie Kolheim
Mr. Ronnie Kolheim - N94902
2600 N. Brinton Ave
Dixon, IL 61021